# IN THE UNITED STATES BANKRUPTY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE CERPLEX GROUP, INC., | : | Case Nos. 00-2471 (MFW) |
| CERPLEX, INC. | : | And 00-3172 (MFW) |
| | : | |
| Debtors. | : | Substantively Consolidated |
| | : | |

**Re: Docket No. 797**

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the attached Exhibit A, in the amount of $32,080.29 representing payment of claims to creditors and de minimis earned interest, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

Ordered this 18 day of June, 2010.